IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

VANESSA TYNDALL and LARRY
TYNDALL,

    Plaintiffs,

    v.

COMPANION SECURITY GROUP,
LLC.,

    Defendant.

CV 121-016

**O R D E R**

Presently before the Court is Defendant's motions to dismiss (Docs. 12, 21, 29, 40) and Plaintiffs' consent motion to substitute counsel (Doc. 42).

On June 2, 2021, the Court granted Defendant's motion to consolidate and ordered Plaintiffs to file an amended complaint, consolidating their claims. (Doc. 41.) Plaintiffs filed their amended complaint on June 16, 2021. (Doc. 43.) Plaintiffs assert their amended complaint does not contain a claim for breach of contract, and thus moots Defendant's motions to dismiss. (See Doc. 44.) Additionally, "[i]t is well-established that an amended complaint super[s]edes an original complaint and renders the original complaint without legal effect." Renal Treatment Ctrs.-Mid-Atl., Inc. v. Franklin Chevrolet-Cadillac-Pontiac-GMC, No. 608CV087, 2009 WL 995564, at *1 (S.D. Ga. Apr. 13, 2009) (quoting

In re Wireless Tel. Fed. Cost Recovery Fees Litig., 396 F.3d 922, 928 (8th Cir. 2005) and citing Fritz v. Standard Sec. Life Ins. Co., 676 F.2d 1356, 1358 (11th Cir. 1982)); see also Malowney v. Fed. Collection Deposit Grp., 193 F.3d 1342, 1345 n.1 (11th Cir. 1999) ("An amended complaint supersedes an original complaint."). As the amended complaint (Doc. 43) is the operative pleading in this case, Defendant's motions to dismiss (Docs. 12, 21, 29, 40) are **DENIED AS MOOT**.

Additionally, Plaintiffs, with the consent of Defendant, move to substitute Louis R. Cohan for Donald W. Benson and Brian Clements as counsel of record. The motion fails to strictly comply with the Local Rules of this Court. See L.R. 83.7, SDGa. Nevertheless, because Plaintiffs will continue with competent legal representation, any deficiency is excused. The Court **GRANTS** Plaintiffs' consent motion to substitute counsel (Doc. 42). The Docket already reflects Louis R. Cohan as an attorney to be noticed in the matter. The Clerk is **DIRECTED** to **TERMINATE** Donald W. Benson and Brian Clements as counsel for Plaintiffs.

**ORDER ENTERED** at Augusta, Georgia, this 16th day of June, 2021.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA